UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| THOMAS EVENSTAD, | |
| Plaintiff, | Civil No. 20-722 (JRT/ECW) |
| v. | **ORDER** |
| DAVID HUTCHINSON, ET AL, | |
| Defendants. | |

---

Thomas Evenstad, 1921 Feronia Avenue, Suite 4, Saint Paul, MN 55104, *pro se* plaintiff.

Kelly K. Pierce, James W. Keeler, Jr., **HENNEPIN COUNTY ATTORNEY'S OFFICE,** 300 South 6th Street, Suite A2000, Minneapolis, MN 55487, for defendants.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated January 12, 2021, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss (Dkt. 22) is **GRANTED**.

2. All claims against Hennepin County are **DISMISSED WITHOUT PREJUDICE**.

3. All claims against Sheriff David Hutchinson, Deputy Lisa Kasparek, and Deputy Jeffrey Marshall in their official capacities are **DISMISSED WITHOUT PREJUDICE**.

4. Plaintiff's Eighth Amendment claim and Equal Protection claim under the Fourteenth Amendment against Deputy Lisa Kasparek and Deputy Jeffrey Marshall in their individual capacities are **DISMISSED WITHOUT PREJUDICE**.

5. Defendants Deputy Lisa Kasparek and Deputy Jeffrey Marshall are required to answer or otherwise properly respond to the Complaint, as to Plaintiff's First and Fifth Amendment claims against them in their individual capacities, in accordance with the Federal Rules of Civil Procedure.

Date: February 8, 2021
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court