UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

THOMAS EVENSTAD,

    Plaintiff,

v.

SERT DEPUTY KASPAREK and SERT DEPUTY MARSHALL,

    Defendants.

Civil No. 20-722 (JRT/ECW)

**ORDER**

---

Thomas Evenstad, 1921 Feronia Avenue, Suite 4, Saint Paul, MN 55104, *pro se* Plaintiff.

Sarah C.S. McLaren, James W. Keller, Jr., and Kelly K. Pierce, **HENNEPIN COUNTY ATTORNEY'S OFFICE**, 300 South Sixth Street, Suite C2000, Minneapolis, MN 55487, for Defendants.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated December 27, 2022, all the files and records, and no objections having been filed to said Report and Recommendation **IT IS HEREBY ORDERED** that:

    1.    Defendants' Motion to for Summary Judgement or in the alternative Motion to Dismiss for Lack of Prosecution (ECF No. 46) is **GRANTED** with respect to their motion for summary judgment;

    2.    Plaintiff's First and Fifth Amendment claims against Defendants Deputy Lisa Kasparek and Deputy Jeffrey Marshall in their individual capacities are **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:  February 3, 2023
at Minneapolis, Minnesota.

_____
JOHN R. TUNHEIM
United States District Judge